# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| Anthony White, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. ) 13-0041-CV-W-JTM |
| Carolyn W. Colvin, | ) ) |
| Defendant. | ) ) |

## **O R D E R**

On Friday, November 8, 2013, the Court heard oral argument on the *Plaintiff's Social Security Brief,* filed June 6, 2013, [Doc. 8] and the *Brief For Defendant*, filed August 19, 2013, [Doc. 11]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that this matter is **REVERSED AND REMANDED** to the Social Security Administration pursuant to 42 U.S.C. §405(g), sentence 4, for action consistent with that set forth by the Court at the conclusion of the November 8, 2013 oral argument.

                                                    */s/ John T. Maughmer*
                                                **JOHN T. MAUGHMER**
                                                **U. S. MAGISTRATE JUDGE**