# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

Anthony White,                    )
                                  )
              Plaintiff,          )
                                  )
v.                                ) Case No. 13-0041-CV-W-JTM
                                  )
Carolyn W. Colvin,                )
                                  )
              Defendant.          )

## ORDER

Pending before the Court is plaintiff's *Application for Attorney's Fees Under The Equal Access to Justice Act,* filed February 10, 2014, [Doc. 18].   After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Application for Attorney's Fees Under The Equal Access to Justice Act,* filed February 10, 2014, [Doc. 18] is **GRANTED**.   Accordingly, plaintiff is awarded EAJA fees in the amount of $4,028.25


                          ____*/s/ John T. Maughmer*____
                          **John T. Maughmer**
                          **United States Magistrate Judge**